# EXHIBIT

# B

⌐
⌐   HELP CHANGE LIVES  →
└

(/becausehamilton)

# Hamilton

# COVID-19 INFORMATION

# COVID-19 TASK FORCE

**OPERATING STATUS**

**Alert Level Blue (/covid19-information/operating-status-grid-spring-2022)**



### Karen Leach

TASK FORCE CHAIR, VICE PRESIDENT FOR ADMINISTRATION AND FINANCE

kleach@hamilton.edu



### Roger Wakeman

TASK FORCE DEPUTY CHAIR, ASSOCIATE VICE PRESIDENT FOR FACILITIES AND PLANNING



### Lucy Burke

DIRECTOR OF PROCUREMENT AND ADMINISTRATIVE SERVICES





DIRECTOR OF THE JOHNSON HEALTH CENTER AND PHYSICIAN ASSISTANT



### Nathan Goodale

ASSOCIATE DEAN OF FACULTY AND PROFESSOR OF ANTHROPOLOGY



### Jeff Landry

ASSOCIATE VICE PRESIDENT FOR STUDENT AFFAIRS





### Lisa Magnarelli '96

DIRECTOR OF COLLEGE EVENTS AND SCHEDULING



### Terry Martinez

VICE PRESIDENT AND DEAN OF STUDENTS



### Adina Mujica '24

STUDENT REPRESENTATIVE







Joe Shelley

VICE PRESIDENT FOR LIBRARIES AND INFORMATION TECHNOLOGY



Steve Stemkoski

DIRECTOR OF HUMAN RESOURCES



Caz Ullem '24





David Wippman

PRESIDENT

Hamilton College

(/) 📍 198 College Hill Road, Clinton, NY 13323     📞 315-859-4011