# EXHIBIT C

EEOC Charge of Vanessa Colangeo
Charge Number 525-2022-01258

# Exhibit C



**Stephen (Steve) Stemkoski <sstemkos@hamilton.edu>**

## Planning for Fall 2021 Campus Operations
4 messages

**David Wippman** <presiden@info.hamilton.edu>    Wed, Jul 7, 2021 at 4:18 PM
Reply-To: presiden@hamilton.edu
To: sstemkos@hamilton.edu



Dear Hamilton Community Members,

Although July has just begun, we are already looking forward to welcoming all community members back to campus this fall for in-person classes, residential living, and on-campus work. Hamilton is taking certain precautions to make our hope of returning to near-normal conditions a reality, so please read this entire message. It contains critical information about health and safety requirements for this fall.

The COVID-19 Task Force is modeling a range of pandemic-related scenarios and forming contingency plans to deal with them, just as we did last year, and will be ready to modify our campus operating status and health and safety protocols if necessary. A more complete outline of the fall operating plan will be posted to the **COVID-19 Information website** soon.

### Revised Academic Calendar for 2021-22
Earlier this year, I announced that the College will treat Martin Luther King, Jr. Day as a paid holiday for all employees. This change requires an adjustment to the **2021-22 academic calendar** in order to keep Commencement on schedule for Sunday, May 22. Spring classes will now begin on Wednesday, Jan. 19, and end on Tuesday, May 10. Based on student feedback, we expanded spring Reading Days to a total of four: Saturday and Sunday, May 7 and 8, and Wednesday and Thursday, May 11 and 12. Final exams are scheduled for Thursday evening, May 12, through Monday, May 16.

Also, here are a few key dates for the fall semester:

- Opportunity Program begins on campus Sunday, July 11
- Orientation Leaders and Resident Advisors arrive on campus Thursday, Aug. 12, and Friday, Aug. 13, respectively
- New Student Orientation will be held Tuesday, Aug. 17, through Wednesday, Aug. 25

- Move-in to residence halls with assigned time slots will take place on Tuesday, Aug. 24, for upperclass students
- Fall semester classes begin Thursday, Aug. 26

### COVID-19 Vaccination Requirement for Faculty, Staff, and Students

In the spring we communicated that all students must be fully vaccinated for COVID-19 unless they have an approved medical or religious exemption. **Additionally, the COVID-19 Steering Committee has decided to require all employees to be vaccinated for COVID-19 unless they have an approved medical or religious exemption.** With new, more transmissible, and more dangerous variants of the virus now in circulation, we believe this is the best way to protect our community and to minimize the restrictions needed to operate safely. We did not reach this decision lightly. We understand that some employees continue to have concerns about the safety and efficacy of getting vaccinated. We have studied the issue carefully, and we are convinced that the vaccines are safe and effective.

Near-universal vaccination of our campus community will help protect not only those who are vaccinated, but also those members of our community who are medically unable to take the vaccine. Having all faculty, staff, and students vaccinated will also help everyone feel more confident about working and studying on campus.

**Anyone who is not yet vaccinated should begin the process immediately, and complete the process no later than August 26.** Here in Central New York it is easy to get a vaccine at many locations, including pharmacies. The **CDC Vaccine Finder website** allows you to search by zip code in any state.

- Once you are fully vaccinated (two weeks after receiving the Johnson & Johnson/Janssen vaccine or the second dose of the Moderna and Pfizer-BioNTech vaccines), please update your vaccination status using the online portal for **students** or **employees**. At that point, you can remove your mask on campus, stop weekly testing, and fully interact with the community.
- If you have questions or concerns, or believe you qualify for a medical or religious exemption, please talk with Human Resources (employees) or the Dean of Students Office (students) about your options.

### Expectations for Student Arrival

**Orientation trips** and community gatherings will proceed as usual, but we will be prepared to make adjustments if necessary.

Students will hear directly from the Dean of Students Office with explicit instructions for scheduling their campus arrival. Families may help their students move into the residence halls, but **unvaccinated students and family members will be required to wear face coverings when inside campus buildings.**

### COVID-19 Testing

All students must be vaccinated unless they have an exemption approved by the Health Center. Unvaccinated students may not move onto campus without approval. **At this time the COVID-19 Task Force does not plan to conduct COVID-19 tests for vaccinated**

**students upon arrival,** but will be prepared to do so if needed.

Unvaccinated students coming to campus from international locations must arrive early and quarantine in hotels until they are tested. The Health Center will help them obtain the vaccine.

Unvaccinated students with an approved exemption will be tested on arrival, again on day five, and weekly thereafter. We plan to test all unvaccinated people who have an approved exemption once a week, but we will be ready to conduct surveillance testing as needed and to test everyone on short notice if changing conditions, such as rising case numbers or new public health guidance, make that advisable. The Testing Center will communicate a scheduling system at the beginning of the semester.

## Symptom Monitoring

Everyone on campus should continue to self-monitor for COVID-19 symptoms, and no one should attend classes or work if they are ill.

## Face Coverings

The College will maintain an inventory of masks and other protective equipment to be used as needed. **Unvaccinated people with an approved exemption are required to wear face coverings indoors.** Please refrain from making judgments about why someone you encounter on campus is wearing a mask.

\*\*\*

The pandemic has presented our community with incredible obstacles and some devastating personal trials and losses. I appreciate the hard work, dedication, and commitment that helped Hamilton navigate so well one of its most challenging years. Every single member of our community is important to our success. We hope that someday soon COVID-19 planning will be a thing of the past.

I look forward to a return to the full slate of activities and interactions that make Hamilton such a remarkable place.

David

Office of the Hamilton College President
hamilton.edu/president