# EXHIBIT

# D

EEOC Charge of Vanessa Colangeo
Charge Number 525-2022-01258

# Exhibit E



Stephen (Steve) Stemkoski <sstemkos@hamilton.edu>

## Mask on campus mandate
2 messages

**Vanessa Colangelo** <vcolange@hamilton.edu>                                    Tue, Jul 13, 2021 at 2:51 PM
To: "Stephen (Steve) Stemkoski" <sstemkos@hamilton.edu>

Hello Steve,

My name is Vanessa and I work in the Communications and Marketing Office. I am currently pregnant with my second
child and working from home until I am finished with maternity leave, which, if all goes as planned, would be sometime
around the first of January.

I'm writing to ask you about the current mask mandate on campus. When I return in January, I will have a medical
exemption from my doctor to *not* receive the vaccine as long as I am nursing. However, I am told that even if an
employee has their own office with no one else around, they are still required to wear a mask at their desk all day
while working? I wanted to double-check with you that this information is correct?

Thank you for any details you are able to provide.

(P.S. - I believe I remember you from Turning Stone. I used to work in the Marketing Office there as a Graphic
Designer and remember your name.)

**Vanessa Colangelo**
Assistant Director of Visual Communications
Hamilton College
198 College Hill Rd.
Clinton, NY 13323
315.859.4259
vcolange@hamilton.edu

**Stephen (Steve) Stemkoski** <sstemkos@hamilton.edu>                           Wed, Jul 14, 2021 at 9:40 AM
To: Vanessa Colangelo <vcolange@hamilton.edu>

Hi Vanessa,

Probably easier if we connect via phone....Feel free to reach out to me anytime. My cell is 315-225-4485.
Best,
Steve

[Quoted text hidden]