# EXHIBIT E

EEOC Charge of Vanessa Colangeo
Charge Number 525-2022-01258

# Exhibit F



**Stephen (Steve) Stemkoski <sstemkos@hamilton.edu>**

## Re: URGENT: Please respond
14 messages

**Vanessa Colangelo** <vcolange@hamilton.edu>  Wed, Jul 28, 2021 at 5:08 PM
To: Karen Leach <kleach@hamilton.edu>
Cc: "Stephen (Steve) Stemkoski" <sstemkos@hamilton.edu>

Hi Karen,

I am responding to let you know that since I am currently pregnant, due in the middle of September, I will be requesting a medical exemption from my physician, which may also extend through the time that I will be nursing. I have permission from my immediate supervisor and VP of our dept. to continue to work from home until my maternity leave begins in September. I will contact my physician to get the medical exemption on file as soon as possible.

Thank you,

**Vanessa Colangelo**
Assistant Director of Visual Communications
Hamilton College
198 College Hill Rd.
Clinton, NY 13323
315.859.4259
vcolange@hamilton.edu

On Wed, Jul 28, 2021 at 4:57 PM Karen Leach <kleach@hamilton.edu> wrote:
> Good Afternoon,
>
> The start of the semester is quickly approaching and we are working on the fall plans for the College. As we have already announced, employees who are not fully vaccinated for COVID-19 (two weeks past their final COVID shot) may not work at the College after August 26th. As I review the data about who is and isn't vaccinated, our records show that you are not fully vaccinated yet. To help us with planning, and to be sure we have adequate staffing in place to be successful, please let me know what your plan is no later than Friday, August 6th. Please email me or call me at 315-292-4784. You can also contact Steve Stemkoski at 315-859-4301 if you want to discuss your situation with Human Resources. You can update information about your vaccination status and plans here https://www.hamilton.edu/covid19-information/vaccination-status. If you got your first shot, please upload your vaccine card now and then update it again when you get the second shot. If you are requesting a medical or religious exemption, the deadline is Monday, August 2nd.
>
> It is important that you provide an update by the date above. Thank you in advance for your help.
>
> Karen (as Chair of the COVID-19 Taskforce)
>
>
> --
> Karen L. Leach
> Vice President,
> Administration and Finance
> Hamilton College
> 198 College Hill Rd
> Clinton, NY 13323
> 315-859-4524