# EXHIBIT E

EEOC Charge of Vanessa Colangeo
Charge Number 525-2022-01258

# Exhibit G



From: Vanessa Colangelo <vcolange@hamilton.edu>
Date: August 4, 2021 at 7:45:36 AM EDT
To: Karen Leach <kleach@hamilton.edu>
Subject: Letter of request for Committee

Good morning Karen,

As we discussed on the phone yesterday, attached is a letter of request for the Committee's consideration. Again, I really appreciate your time.

Vanessa Colangelo
Assistant Director of Visual Communications
Hamilton College
198 College Hill Rd
Clinton, NY 13323
315.859.4259
vcolange@hamilton.edu



Letter-of-request_VLC.pdf
474K

Hamilton College
198 College Hill Road
Clinton, NY 13323

August 4, 2021

Karen L. Leach
Vice President,
Administration and Finance
Hamilton College

Dear Karen,

Thank you for taking the time to speak with me yesterday morning. As we discussed on the phone, I've been an employee of the Hamilton College Communications Office for six years now and find myself in a unique situation that no other employee faces.

As a pregnant woman in my third trimester, I have grave and legitimate concerns about receiving the COVID-19 vaccine during pregnancy. Despite a family history of Guillain Barre Syndrome in two immediate relatives whose symptoms began during their pregnancies, and my first daughter having severe anaphylactic allergies from the time she was born, I have been unable to obtain a medical exemption from my OB/GYN. I understand this is mainly because the CDC and ACOG (American College of Obstetricians and Gynecologists) have deemed the vaccine safe for pregnant individuals. However, the ACOG has cited potential life-threatening side-effects such as anaphylaxis (follwing any of the three available vaccines) as well as "higher than expected number of cases of GBS" (following the J&J vaccine). In addition, the CDC specifically states that "Limited Data Are Available about the Safety of COVID-19 Vaccines for People Who Are Pregnant." Given my family history of GBS, the increased risk that the baby I am carrying may also have severe allergies, and the lack of comprehensive studies of the vaccine in pregnant women, I am *not* reassured that there will be no life-threatening side-effects to my child in utero, or after birth, if given this vaccine.

Because my due date (September 16th) is so near, I am in the fortunate position to have permission from both my supervisor and vice president of our department to continue to work from home until I am out on maternity leave, which means that I will not be on campus until around the start of the new year. Taking into consideration the concerns I mention above, and the fact that I will not be interacting with students or staff in the near future, I am respectfully requesting an extension on the mandate to receive the COVID-19 vaccine until after my delivery, prior to returning to campus.

I am grateful for your time and consideration of my request.

Sincerely,

*[signature]*

Vanessa Colangelo
Assistant Director of Visual Communications
Hamilton College
(315) 794-4254
vcolange@hamilton.edu