# EXHIBIT G

EEOC Charge of Vanessa Colangeo
Charge Number 525-2022-01258

# Exhibit H



Stephen (Steve) Stemkoski <sstemkos@hamilton.edu>

## Religious exemption on its way
2 messages

**Vanessa Colangelo** <vcolange@hamilton.edu>  
To: "Stephen (Steve) Stemkoski" <sstemkos@hamilton.edu>

Fri, Aug 20, 2021 at 4:41 PM

Hello Steve,

I wanted to let you know that I've been writing up my religious exemption based on my sincere beliefs against receiving the Covid-19 vaccination, and have also been in contact with a church I am affiliated with so that you may have official documentation, to which I will also attach the official Hamilton College exemption form. The document (with raised seal) is being mailed to me and will be arriving this Monday. (See attached for verification).

I would ideally like to present this to you on campus Monday afternoon in person, but want to make sure it is OK for me to drop it off to you (if I am masked). If not allowed on campus due to being unvaccinated, I could scan and mail you the document with the seal, and then mail you the physical copy.

Please let me know what works best.

Thank you,

Vanessa Colangelo

--  
**Vanessa Colangelo**  
Assistant Director of Visual Communications  
Hamilton College  
198 College Hill Rd.  
Clinton, NY 13323  
315.859.4259  
vcolange@hamilton.edu

---

**Vanessa Colangelo** <vcolange@hamilton.edu>  
To: "Stephen (Steve) Stemkoski" <sstemkos@hamilton.edu>

Fri, Aug 20, 2021 at 4:57 PM

Apologies, please see below with attachment

---------- Forwarded message ---------  
From: **Vanessa Colangelo** <vcolange@hamilton.edu>  
Date: Fri, Aug 20, 2021 at 4:41 PM  
Subject: Religious exemption on its way  
To: Stephen (Steve) Stemkoski <sstemkos@hamilton.edu>

Hello Steve,

I wanted to let you know that I've been writing up my religious exemption based on my sincere beliefs against receiving the Covid-19 vaccination, and have also been in contact with a church I am affiliated with so that you may have official documentation, to which I will also attach the official Hamilton College exemption form. The document (with raised seal) is being mailed to me and will be arriving this Monday. (See attached for verification).

I would ideally like to present this to you on campus Monday afternoon in person, but want to make sure it is OK for me to drop it off to you (if I am masked). If not allowed on campus due to being unvaccinated, I could scan and mail you the document with the seal, and then mail you the physical copy.

Please let me know what works best.

Thank you,

Vanessa Colangelo

◁ Messa... 📶 📶 ⏵ 11:00 AM       ⏶ 28% 🔋
            🔒 tools.usps.com — Private

**Tracking Number:**       Remove ✕
9505512706281231838862

**Expected Delivery by**

**MONDAY**

**23** AUGUST **by**
    2021 ⓘ  **9:00pm** ⓘ

USPS Tracking Plus™ Available ⌄

**Departed USPS Regional Facility**

August 20, 2021 at 9:12 am
JERSEY CITY NJ NETWORK DISTRIBUTION CENTER

Change Delivery Instructions ⌄

--
**Vanessa Colangelo**
Assistant Director of Visual Communications
Hamilton College
198 College Hill Rd.
Clinton, NY 13323
315.859.4259
vcolange@hamilton.edu
[Quoted text hidden]