# EXHIBIT I

EEOC Charge of Vanessa Colangeo
Charge Number 525-2022-01258

# Exhibit J



Stephen (Steve) Stemkoski <sstemkos@hamilton.edu>

## Severance, and next steps.
10 messages

**Vanessa Colangelo** <vanessa.l.buono@gmail.com>  Fri, Sep 10, 2021 at 2:42 PM
To: sstemkos@hamilton.edu

Hello Steve,

Vanessa Colangelo here. I had my baby a few days ago, so things have been hectic but I wanted to reach out about next steps. I am unsure if I am allowed on campus and am not sure the best way to return my Hamilton College equipment to LITS, and also how/when to retrieve my personal items from my workstation. Thank you for letting me know the protocol on this.

Also, Since you sent me the severance package offer on 8/25, we are still within the 21 day period. I will let you know what I plan to do by September 14th.

Thank you,

-Vanessa

---

**Stephen (Steve) Stemkoski** <sstemkos@hamilton.edu>  Fri, Sep 10, 2021 at 4:59 PM
To: Vanessa Colangelo <vanessa.l.buono@gmail.com>

Hi Vanessa,

Congrats on the birth of your baby! I hope you and the baby are doing well.
I have made arrangements for you to drop off your Hamilton College property....computer, keys, etc to Campus Safety... Your department has collected your personal belongings and given them to Campus Safety for you to pick up.  No appointment is necessary, you can stop in and see Campus Safety anytime.
Thank you for your note about the severance agreement.  Please let me know if you have any questions.
Best,
Steve
315-225-4485

[Quoted text hidden]

---

**Vanessa Colangelo** <vanessa.l.buono@gmail.com>  Wed, Sep 15, 2021 at 11:20 AM
To: "Stephen (Steve) Stemkoski" <sstemkos@hamilton.edu>

Hi Steve,
Thank you, I appreciate that. We are all doing well.
I didn't email you yesterday as planned, however, I wanted to let you know that I will not be signing the severance agreement and you can leave my status as "terminated" from Hamilton College.
I will stop in to Campus Safety as soon as I can to drop off my equipment and pick up my things.

Thank you,
-Vanessa
[Quoted text hidden]