**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

**VANESSA COLANGELO,**

                **Plaintiff,**

      **v.**

**HAMILTON COLLEGE; KAREN LEACH;**
**ROGER WAKEMAN; LUCY BURKE;**
**NATHAN GOODALE; JEFF LANDRY; LISA**
**MAGNARELLI; TERRY MARTINEZ;**
**ADINA MUJIC; JOE SHELLEY; STEVE**
**STEMKOSKI; CAZ ULLEM; DAVID**
**WIPPMAN,**

                **Defendants.**

_____

**PARTIAL STIPULATION**
**OF DISMISSAL**

**Civil Action Number:**

**6:23-cv-1464**

       **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the

attorneys of record for all the parties to the above entitled action, pursuant to FRCP 41, that

whereas no party hereto is an infant or incompetent person for whom a committee has been

appointed and no person not a party has an interest in the subject matter of the action, the above

**DEFENDANTS KAREN LEACH, ROGER WAKEMAN, LUCY BURKE, NATHAN**

**GOODALE, JEFF LANDRY, LISA MAGNARELLI, TERRY MARTINEZ, ADINA**

**MUJIC, JOE SHELLEY, STEVE STEMKOSKI, CAZ ULLEM, and DAVID WIPPMAN**

[hereafter referred to as the "individual Defendants"] be, and the same hereby is **discontinued**

**and dismissed with prejudice**, each party to bear its own costs, including but not limited to

attorney's fees.  This stipulation may be filed without further notice with the Clerk of the Court.

       **IT IS HEREBY FURTHER STIPULATED AND AGREED**, by and between the

undersigned, the attorneys of record for all the parties to the above-entitled action, that

**DEFENDANT HAMILTON COLLEGE** will use its best efforts to produce any of the

1

individual Defendants for depositions and/or at trial solely on notice without a subpoena and the accompanying fees.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that **DEFENDANT HAMILTON COLLEGE** takes the position that at all times relevant to the Complaint filed in this matter all of the individual Defendants acted within the scope of their employment with Defendant Hamilton College and acted to advance its interests.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that **DEFENDANT HAMILTON COLLEGE** forfeits and agrees not to raise any evidentiary objections it may have gained by the dismissal of the individual Defendants from this action.

Dated: January 17, 2024                                 /s/Zachary C. Oren
                                                        Zachary C. Oren, Esq.
                                                        *Attorney for Plaintiffs*
                                                        Federal Bar Roll Number 603001
                                                        401 Rutger Street
                                                        Utica, NY 13501
                                                        Cell:  (570) 441-8818
                                                        Email: z.c.oren@gmail.com

Dated: January 17, 2024                                 /s/Suzanne M. Messer
                                                        Suzanne M. Messer, Esq.
                                                        Bond Schoeneck & King, PLLC
                                                        Federal Bar Roll Number 514398
                                                        *Attorney for Defendants*
                                                        One Lincoln Center
                                                        Syracuse, NY 13202
                                                        Phone: (315) 218-8628
                                                        Email: messers@bsk.com

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: _01-18-2024_

2

17055748.1